B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__SOUTHERN__ District Of __TEXAS__

In re __NEIMAN MARCUS GROUP LTD LLC, et al.__,
    Debtor

Case No. __20-32519 (DRJ)__

Chapter __11__

__MOHSIN MEGHJI, LIQUIDATING TRUSTEE__,
    Plaintiff

v.

Adv. Proc. No. __22-03216__

__Canada Pension Plan Investment Board (USRE) Inc.__
    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
Nathan Ochsner
Clerk of the Court
P.O. Box 61010
Houston, Texas 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Michael D. Warner (TX Bar No. 00792304)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com

Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: __July 12, 2022__

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Tavi C. Flanagan__ (name), certify that service of this summons and a copy of the complaint was made __July 12, 2022__ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

X     Electronic Mail: Defendant's counsel agreed to accept service by electronic mail and service is effective on July 14, 2022

to the following recipients: jball@debevoise.com; eweisgerber@debevoise.com

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __7/14/2022__  Signature __/s/ Tavi C. Flanagan__

Print Name: __Tavi C. Flanagan__

Business Address: __10100 Santa Monica Blv., 13th Floor__

__Los Angeles, CA 90067__