United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-32519 (DRJ)<br>(Jointly Administered) |
| MOHSIN MEGHJI, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MYT HOLDING LLC, MYT ULTIMATE PARENT, INC., ARES CORPORATE OPPORTUNITIES FUND III, L.P., ARES CORPORATE OPPORTUNITIES FUND IV, L.P., ARES MANAGEMENT LLC, CANADA PENSION PLAN INVESTMENT BOARD (USRE), INC., AND CEDE & CO.,<br><br>Defendants. | Adv. Pro. No. 22-03216 |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
TO RESPOND TO LIQUIDATING TRUSTEE'S COMPLAINT
<u>FOR DECLARATORY RELIEF</u>**   (Docket No. 13)

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201. On March 31, 2021, the Bankruptcy Court entered an ordered closing each of the chapter 11 cases of Neiman Marcus Group LTD LLC's affiliates, with the chapter 11 case of Neiman Marcus Group LTD LLC remaining open as the lead case [Docket No. 2371].

Plaintiff Mohsin Meghji in his capacity as trustee (the "Liquidating Trustee") for the Liquidating GUC Trust and defendants MYT Holding LLC, MYT Ultimate Parent, Inc., Ares Corporate Opportunities Fund III, L.P., Ares Corporate Opportunities Fund IV, L.P., Ares Management LLC, and Canada Pension Plan Investment Board (USRE), Inc. (the "Stipulating Defendants") in the above-captioned adversary proceeding, by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

1. The Liquidating Trustee filed its Complaint for Declaratory Relief against the Stipulating Defendants on July 11, 2022 (Docket No. 1) (the "Complaint").[2]

2. The summonses to the Stipulating Defendants were issued on July 12, 2022 (*see* Docket No. 4).

3. The deadline for the Stipulating Defendants to answer or otherwise respond to the Liquidating Trustee's Complaint, presently set for August 11, 2022, is hereby extended to August 25, 2022.

4. If a Stipulating Defendant files a motion to dismiss, the Liquidating Trustee shall have 21 days from the date of such motion to file an opposition thereto and the Stipulating Defendant shall have 7 days from the date of such opposition to file a reply, if any.

5. This Stipulation does not constitute a waiver of claims or defenses by any party.

---

[2] The remaining defendant, Cede & Co., has advised that it disputes service and is thus not party to this stipulation.

2

Dated: August 5, 2022

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| */s/ Alan J. Kornfeld* | */s/ Jason L. Boland* |
| Michael D. Warner (TX Bar No. 00792304)<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile: (713) 691-9407<br>Email: mwarner@pszjlaw.com | Jason L. Boland (SBT 24040542)<br>William R. Greendyke (SBT 08390450)<br>Bob B. Bruner (SBT 24062637)<br>Julie Goodrich Harrison (SBT 24092434)<br>1301 McKinney Street, Suite 5100<br>Houston, Texas 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: william.greendyke@nortonrosefulbright.com<br>Email: bob.bruner@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com |
| Richard M. Pachulski (CA Bar No. 90073)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: rpachulski@pszjlaw.com<br>Email: akornfeld@pszjlaw.com | -and-<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne (admitted *pro hac vice*)<br>Thomas R. Kreller (admitted *pro hac vice*)<br>Andrew M. Leblanc (admitted *pro hac vice*)<br>Samir L. Vora (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 1001-2163<br>Telephone: (212) 563-5000<br>Email: ddunne@milbank.com<br>Email: tkreller@milbank.com<br>Email: aleblanc@milbank.com<br>Email: svora@milbank.com |
| *Counsel for Mohsin Meghji, in his capacity as trustee of the Liquidating GUC Trust* | *Counsel for Defendants MYT Holding LLC, MYT Ultimate Parent, Inc., Ares Corporate Opportunities Fund III, L.P., Ares Corporate Opportunities Fund IV, L.P., Ares Management LLC* |

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Hugh M. Ray III*
Hugh M. Ray III (SBT 16611000)
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Telephone: (713) 276-7661
Facsimile: (713) 651-5246
Email: hugh.ray@pillsburylaw.com

-and-

**DEBEVOISE & PLIMPTON LLP**

Jasmine Ball (admitted *pro hac vice*)
Erica S. Weisgerber (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Email: jskiernan@debevoise.com
Email: jball@debevoise.com
Email: eweisgerber@debevoise.com

*Counsel for Defendant Canada Pension Plan Investment Board (USRE) Inc.*

**SO ORDERED** this _____ day of August, 2022.

Signed:  August 11, 2022.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

4