UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-32519 (DRJ)<br>(Jointly Administered) |
| MOHSIN MEGHJI, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MYT HOLDING LLC, MYT ULTIMATE PARENT, INC., ARES CORPORATE OPPORTUNITIES FUND III, L.P., ARES CORPORATE OPPORTUNITIES FUND IV, L.P., ARES MANAGEMENT LLC, CANADA PENSION PLAN INVESTMENT BOARD (USRE), INC., AND CEDE & CO.,<br><br>Defendants. | Adv. Pro. No. 22-03216 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF ADVERSARY PROCEEDING AGAINST MYT HOLDING LLC, MYT ULTIMATE
PARENT, INC., ARES CORPORATE OPPORTUNITIES FUND III, L.P., ARES**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201. On March 31, 2021, the Bankruptcy Court entered an ordered closing each of the chapter 11 cases of Neiman Marcus Group LTD LLC's affiliates, with the chapter 11 case of Neiman Marcus Group LTD LLC remaining open as the lead case [Docket No. 2371].

## CORPORATE OPPORTUNITIES FUND IV, L.P., ARES MANAGEMENT LLC, AND CANADA PENSION PLAN INVESTMENT BOARD (USRE), INC.

**PLEASE TAKE NOTICE** that Mohsin Meghji, trustee of the Liquidating GUC Trust and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby dismisses, with prejudice, defendants MYT Holding LLC, MYT Ultimate Parent, Inc.,[2] Ares Corporate Opportunities Fund III, L.P., Ares Corporate Opportunities Fund IV, L.P., Ares Management LLC, and Canada Pension Plan Investment Board (USRE), Inc. from the Adversary Proceeding, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: August 25, 2022    By:    */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com
     akornfeld@pszjlaw.com

*Counsel for Mohsin Meghji, in his capacity as trustee of the Liquidating GUC Trust*

---

[2] This entity's correct corporate name is MYT Ultimate Parent, LLC, and it is subject to this dismissal.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, a true and correct copy of the foregoing was caused to be served (i) parties registered to receive electronic notice through this Court's CM/ECF noticing system, (ii) by electronic mail to the parties listed below, and (iii) by regular First Class mail on the party listed below.

**Electronic Mail:**
aleblanc@milbank.com
ALPark@milbank.com
AMoses@milbank.com
ALPark@milbank.com
jball@debevoise.com
eweisgerber@debevoise.com
bandler@dtcc.com
imontal@dtcc.com
aeaton@paulweiss.com

**First Class Mail:**
Cede & Co.
c/o The Depository Trust Company
55 Water Street
New York, NY 10041-0099

/s/ Michael D. Warner
Michael D. Warner